45 A.3d 402

**PERSON OF AFRICAN DESCENT;** Aaron Christopher Wheeler, and the Citizens of Pennsylvania and/or any and All Persons Interested or Whose Rights Status or Other Legal Relations, Thereunder Who are Affected or Who may be Affected by the 265 Page JPay Money Order Contract

v.

**JPAY, Pennsylvania Department of Corrections, Pennsylvania Department General Services and Tom Corbett, Attorney General And John Doe(s).**

**Appeal of Aaron Christopher Wheeler.**

Supreme Court of Pennsylvania.

May 29, 2012.

634

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.